# Tilton Beldner LLP

www.tiltonbeldner.com

626 RXR Plaza
Uniondale, NY 11556
Direct Tel.: (516) 262-3602
Fax: (516) 324-3170

April 23, 2023

*Via ECF*
Honorable Judge Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10017

Application GRANTED. Additional information regarding the submission of settlement papers will issue by separate order.

The Clerk of Court is directed to terminate ECF No. 15.

SO ORDERED.

*[signature: Jennifer H. Rearden]*

Jennifer H. Rearden, U.S.D.J.
Date: April 23, 2024

Re: *Stancul v. JSJL Realty Corp., et al (23-CV-9971)*

Dear Hon. Judge Rearden,

    This office is co-counsel in our representation of the Defendants in the above referenced matter. I am writing to notify the court that the parties have reached an agreement-in-principle to resolve this case. The parties are in the process of finalizing the terms of the resolution. Accordingly, the parties jointly request that all future deadlines in this action be stayed for a period of forty-five days, until June 7, 2024, during which time the parties will finalize and file the necessary paperwork. This is the parties' first request for such relief.

    Thank you for your time and consideration regarding this matter.

Very truly yours,

_____/S/_____
Joshua Beldner