UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOVAN STANCUL,   Case No.: 23 CV 9971 (JHR)

                Plaintiff,   [proposed] **JUDGMENT**

- against -

JSJL REALTY CORP., and
ELENA OMAHONY and
JOAN RAZZA, individually,

                Defendants.

---

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant JSJL REALTY CORP. (herein, "Defendant"), having offered to allow Plaintiff Jovan Stancul ("Plaintiff"), to take a judgment against it, in accordance with the terms and conditions of Defendant's Rule 68 Offer of Judgment dated May 22, 2024, and filed as Exhibit "A" to Docket Number 18;

**WHEREAS**, on May 22, 2024, Plaintiff's attorneys having confirmed Plaintiff's acceptance of Defendant JSJL Realty Corp.'s Offer of Judgment (Docket 18);

It is **ORDERED AND ADJUDGED**, that judgment is entered in favor of Plaintiff, in the amount of sixty thousand dollars ($60,000.00), as against Defendant JSJL Realty Corp., and the clerk is directed to close the case.

Dated: New York, New York
       May 30, 2024

                                                        _/s/ Jennifer H. Rearden_, D.J.
                                                        JENNIFER H. REARDEN